# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MERCY OBARE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:24-cv-1738-ACA |
| | ) |
| **JEFFERSON COUNTY** | ) |
| **PERSONNEL BOARD, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Mercy Obare filed a five-count complaint against her employer Defendant Jefferson County Commission alleging the Commission violated the Family Medical Leave Act, 29 U.S.C. § 2617, *et seq.* ("FMLA"), and the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* ("ADA"). (Doc. 13). The Commission moved to dismiss. (Doc. 15). Counts One, Two, and Three allege the Commission interfered with Ms. Obare's FMLA rights by requiring her to work and disciplining her for not completing work ("Count One"); retaliated against her by suspending her, not restoring her to an equivalent position, and treating her differently from other employees because she exercised her FMLA rights ("Count Two"); and interfered with her FMLA rights by not allowing her to return to the same or similar position ("Count Three"). (Doc. 13 at 11–14). In Counts Four and Five,

Ms. Obare alleges that the Commission violated the ADA by failing to accommodate her ("Count Four") and retaliating against her after she requested an accommodation ("Count Five"). (*Id.* at 14–16).

For the reasons stated at the hearing on the Commission's motion to dismiss, the court **DENIES** the Commission's motion to dismiss as to Counts One, Two, and Three of Ms. Obare's amended complaint. (Doc. 15 at 6–11). Having further considered the arguments proffered by the Commission in support of its motion to dismiss Ms. Obare's ADA claims in Counts Four and Five, the court **DENIES** the Commission's motion to dismiss those claims. (Doc. 15 at 12–16). All of Ms. Obare's claims will proceed.

**DONE** and **ORDERED** this August 11, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE